IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LEON MANKER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

       Petitioner,

v.                               CASE NO. 1D14-1584

FLORIDA COMMISSION ON
OFFENDER REVIEW,

       Respondent.

_____/

Opinion filed December 4, 2014.

Petition for Writ of Certiorari -- Original Jurisdiction.

Leon Manker, pro se, Petitioner.

Sarah J. Rumph, General Counsel, and Mark J. Hiers, Assistant General Counsel, Tallahassee, for Respondent.

PER CURIAM.

     The petition for writ of certiorari is denied on the merits.

PADOVANO, MARSTILLER, and MAKAR, JJ., CONCUR.